AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garbis, Marvin J | District of Maryland | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>101 W. Lombard St.<br>Baltimore, MD 21201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Advisors | University of Baltimore Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Ongoing | West Publishing Company, Ronald B. Rubin, Patricia Morgan, Royalties paid co-authors of casebook. |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 21 A 10: 33
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | West Publishing Co., book royalites | $ 416 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ALI/ABA | Feb. 8 -10, travel, meals, room, faculty on tax procedure seminar, Scottsdale, Arizona |
| 2. | ASTAR | March 8 - 11, travel, meals, room, faculty on medical school for judges seminar, Chapel Hill, N.C. |
| 3. | International Judicial Academy | May 8 - 16, travel, meals. room, faculty on science seminar for judges, Buenos Aires, Mendoza, Rosario, Argentina |
| 4. | Brazilian Government | August 12 - 15, travel, meals, room, faculty, judicial seminar on organized crime, Vitoria, Brazil |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 05/15/2007 |

5.   ALI./ABA                                      September 27 - 30, travel, meals, room, faculty on patent litigation course, Chicago, Illinois

6.   ASTAR                                        October 5 - 8, travel, meals, room, faculty on science seminar for judges, Chicago, Illinois

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Provident Bank Checking | A | Interest | J | T | | | | | |
| 2. T. Rowe Price Tax free Bond Fund | A | Interest | K | T | | | | | |
| 3. CITIBANK Bank Deposit Program | A | Interest | J | T | Buy | 11/17 | J | A | IRA, See Section VIII |
| 4. ▮▮▮▮▮▮ lines 4 - 26 and 34 - 36 on 2005 Report | | | | | Divorce | 05/06 | | | See Section VIII |
| 5. IRA - 1 | | | | | | | | | |
| 6. CITIBANK Bank Deposit Program | A | Dividend | J | T | Name Change | | | | Legg Mason Cash Res. Tr. |
| 7. Legg Mason Value Trust | A | Dividend | M | T | | | | | |
| 8. Royce Fund Pennsylavnia | A | Dividend | M | T | | | | | |
| 9. Templeton Growth Fund | A | Dividend | L | T | | | | | |
| 10. Royce Funds Micro Cap | A | Dividend | L | T | | | | | |
| 11. IRA - 2 | | | | | | | | | |
| 12. CITIBANK Bank Deposit Program | A | Interest | J | T | Name Change | | | | Legg Mason Cash Res. Tr. |
| 13. Legg Mason Special Investment Trust | A | Dividend | M | T | Sell | 11/14 | J | A | Partial sale |
| 14. Scudder Dreman Fin. Services Fund | | | | | Sell | 2/17 | K | A | |
| 15. Legg Mason Opportunity Trusts | A | Dividend | M | T | | | | | |
| 16. Lightpath Technologies Inc. Cl A | | | | | Sell | 2/17 | J | A | |
| 17. Fed Eq. Kaufman Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ebay | A | Dividend | L | T | | | | | |
| 19. Electronic Arts | A | Dividend | L | T | | | | | |
| 20. Interactive | | | | | Sell | 8/7 | K | A | |
| 21. Expedia | | | | | Sell | 11/14 | K | A | |
| 22. Wheeling Pittsburgh | | | | | Sell | 8/7 | L | A | |
| 23. L-1 Indentity Solutions [Visage] | A | Dividend | L | T | Buy | 2/14 | K | A | |
| 24. Legg Mason, Inc. | A | Dividend | L | T | Buy | 8/7 | L | A | |
| 25. Pinnacle Northeast, Inc. | | None | K | T | Buy | 7/6 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII, INVESTMENTS, Line 3: On 11/17/06, I received distribtuions from my two IRA accounts, totalling $39,000. $14,000 was used to open this account.

VII. INVESTMENTS, Line 4  On May 6, 2006 I was divorced from ███████████ All of her assets become nonreportable by virtue of the divorce. Accordingly, this explains the elimination of her assets reported on my 2005 Financial Disclosure Form on lines 4 -26 and 46 - 48. Moreover, as stated in my Memorandum transmitting my 2005 Financial Disclosure Form, I was refused access to ████████████ financial information as of our seprataion in March, 2005. Accordingly, my reporting of her assets was based upon the information that was availablke to me and will be amended if necessary..

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544